IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JORGE L. NIEBLA,
    Plaintiff,

v.                                                    CASE NO.: 3:06cv253/LAC/MD

JEB BUSH,
    Defendant.
_____

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on June 9, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation,[1] the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    Pursuant to 28 U.S.C. § 1915(g), this cause is DISMISSED WITHOUT PREJUDICE to plaintiff's initiating a new cause of action accompanied by payment of the $350.00 filing fee in its entirety.

DONE AND ORDERED this 10th day of July, 2006.

                                  *s/L.A. Collier*
                                  **LACEY A. COLLIER**
                                  **SENIOR UNITED STATES DISTRICT JUDGE**

---

[1] Petitioner's "Notice of Appeal" (doc. 7) is construed as an objection to the Report and Recommendation. If Petitioner wishes to appeal this decision to the Eleventh Circuit Court of Appeals, he should style his case as such.